1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

9

10

RICK SHAWN,

     *Petitioner*,

vs.

D.W. NEVEN, *et al.,*

     *Respondents*.

Case No. 2:14-cv-00738-JAD-PAL

**ORDER**

11      As directed by this court's order of November 6, 2014 (Doc. 8), petitioner has filed an

12 amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 12.  Having

13 reviewed the amended petition, the court now sets deadlines for further proceedings in this case.

14      IT THEREFORE IS ORDERED that respondents shall file a response to the petition,

15 including potentially a motion to dismiss, by June 30, 2015, with any requests for relief by petitioner

16 by motion otherwise being subject to the normal briefing schedule under the local rules.  Any

17 response filed shall comply with the remaining provisions below, which are entered pursuant to

18 Habeas Rule 4.

19      IT FURTHER IS ORDERED that any procedural defenses raised by respondents in this case

20 shall be raised together in a single consolidated motion to dismiss.  In other words, the court does not

21 wish to address any procedural defenses raised herein either in *seriatum* fashion in multiple

22 successive motions to dismiss or embedded in the answer.  Procedural defenses omitted from such

23 motion to dismiss will be subject to potential waiver.  Respondents shall not file a response in this

24 case that consolidates their procedural defenses, if any, with their response on the merits, except

25 pursuant to 28 U.S.C. § 2254(b)(2) as to any unexhausted claims clearly lacking merit.  If

26 respondents do seek dismissal of unexhausted claims under § 2254(b)(2): (a) they shall do so within

27 the single motion to dismiss **not** in the answer; and (b) they shall specifically direct their argument to

28 the standard for dismissal under § 2254(b)(2) set forth in *Cassett v. Stewart*, 406 F.3d 614, 623-24

1   (9th Cir. 2005).  In short, no procedural defenses, including exhaustion, shall be included with the

2   merits in an answer.  All procedural defenses, including exhaustion, instead must be raised by

3   motion to dismiss.

4          IT FURTHER IS ORDERED that, in any answer filed on the merits, respondents shall

5   specifically cite to and address the applicable state court written decision and state court record

6   materials, if any, regarding each claim within the response as to that claim.

7          IT FURTHER IS ORDERED that petitioner shall have 30 days from service of the answer,

8   motion to dismiss, or other response to file a reply or opposition, with any other requests for relief by

9   respondents by motion otherwise being subject to the normal briefing schedule under the local rules.

10         IT FURTHER IS ORDERED that any additional state court record exhibits filed herein by

11  either petitioner or respondents shall be filed with a separate index of exhibits identifying the

12  exhibits by number.  The CM/ECF attachments that are filed further shall be identified by the

13  number or numbers of the exhibits in the attachment.  The hard copy of any additional state court

14  record exhibits shall be forwarded – for this case – to the staff attorneys in **Reno**.

15         DATED May 15, 2015.

16

17                                   _____
                                     Jennifer A. Dorsey
18                                   United States District Judge

19

20

21

22

23

24

25

26

27

28