Case 2:14-cv-00738-JAD-PAL   Document 34   Filed 10/25/16   Page 1 of 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Rick Shawn,

    Petitioner

v.

D.W. Neven, et al.,

    Respondents

2:14-cv-00738-JAD-PAL

**Order Granting in Part and Denying in Part Motion for Extension of Time**

**[ECF No. 33]**

    Petitioner Rick Shawn, who is represented by counsel, has filed a fourth motion for extension of time to file his amended petition.[1] When I granted the last extension, I noted that, in light of the length of that extension, I would not grant another one absent a showing of extraordinary circumstances.[2] On the date the extended deadline to file his amended petition expired, Shawn filed a fourth motion for an extension of time, requesting until December 30, 2016, to file his amended petition. Shawn again cites the complexity of the case and the lack of time and necessary resources he has to devote to this case as the basis for the requested extension. These circumstances are not extraordinary, so I grant in part and deny in part Shawn's motion: **Shawn has until November 30, 2016, to file an amended petition. No additional extensions will be given.** Good cause appearing,

    IT IS HEREBY ORDERED that Shawn's motion for extension of time **[ECF No. 33] is GRANTED in part and DENIED in part** *nunc pro tunc* **to August 2, 2016. Shawn's amended petition is due by November 30, 2016.** All other deadlines in the May 11, 2016, scheduling order

---

[1] ECF No. 33.

[2] ECF No. 32.

[ECF No. 32] remain in effect.

Dated October 25, 2016

_____
Jennifer A. Dorsey
United States District Judge