# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Rick Shawn,

    Petitioner

v.

D.W. Neven, et al.,

    Respondents

Case No.: 2:14-cv-00738-JAD-PAL

**Order Denying Motions**

**[ECF Nos. 42, 43, 44]**

Fourteen months after this court dismissed this action with prejudice and denied a certificate of appealability,[1] petitioner filed a spate of motions, asking this court to provide him with copies of documents and transcripts[2] and again grant him *in forma pauperis* status.[3]

The court denied petitioner's application for habeas relief after concluding that all of his claims were either untimely and/or failed to state a cognizable claim for relief.[4] Petitioner did not appeal. With no proceedings pending before this court or the United States Court of Appeals, petitioner's motions are moot.

IT IS THEREFORE ORDERED that petitioner's motions for the production of transcripts and copies of all documents filed in his case, as well as his application to proceed *in forma pauperis* **[ECF Nos. 42, 43, 44] are DENIED** as moot.

                                                               U.S. District Judge Jennifer A. Dorsey
                                                               Dated: March 2, 2020

---

[1] ECF No. 40.

[2] ECF Nos. 42, 43.

[3] ECF No. 44.

[4] ECF No. 40.